## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:

JILL TACIK,                                                                     CASE NO. 19-14871
                                                                                CHAPTER 13
       Debtor.
_____/

JILL TACIK,

       Plaintiff,
vs.                                                                             CASE NO. 19-01156

6322 SEVEN SPRINGS TRUST C and
NERMINE HANNA,

       Defendants.
_____/

**PLAINTIFF'S INITIAL DISCLOSURE OF WITNESSES AND DOCUMENTS**

     COMES NOW the Plaintiff, JILL TACIK, (the "Plaintiff"), pursuant to the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial, Federal Rule of Civil Procedure 26(a)(1), as made applicable by Federal Rule of Bankruptcy Procedure 7026 and Local Rule 7026-1(A), hereby submits to Plaintiff its initial disclosure of the following witnesses and documents:

**WITNESS LIST**

     Plaintiff states that the following witnesses may be called at trial in this matter:

1.     Jill Tacik
2.     Dean Ganelli
3.     Steven E. Fisher, Fisher Appraisal Group, Inc.
       1025 Gateway Blvd, Sutie 303-321
       Boynton Beach, FL 33426

     Plaintff states that discovery is ongoing and incomplete and reserves the right to amend this list at any

1

time upon discovery of additional witnesses or a determination that such above listed witnesses are not necessary.

**LIST OF DOCUMENTS**

Plaintiff states that the following documents may be used at trial in this matter:

1.    Appraisal

2.    Quit Claim Deed.

3.    All documents used by Defendants.

Plaintiff states that discovery is ongoing and incomplete and reserves the right to amend or supplement this list of documents at any time prior to trial upon the discovery of additional relevant documents.

I HEREBY CERTIFY that a copy of the foregoing was provided electronically to Jordan Rappaport, Esquire, Jordan@rorlawfirm.com, this _2nd___ day of June, 2020.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).*

**BRIAN K. MCMAHON, P.A.**
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
briankmcmahon@gmail.com

s/ Brian K. McMahon
Brian K. McMahon
FL Bar No. 853704

**REIFKIND, THOMPSON & RUDZINSKI, LLP**
Attorneys for Defendant

2

>3333 W. Commercial Blvd., Suite 200B
>Ft. Lauderdale, Florida 33309
>Office:        (954) 370-5152
>Facsimile:   (954) 370-1992
>Email: Brian@rtrlaw.com
>Awilliams@rtrlaw.com
>
>By: __/s Brian D. Gottlieb_____
>        Brian D. Gottlieb, Esq.
>        Florida Bar No. 0015302

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this _23rd___ day of February, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties of record identified on the attached Service List in the manner specified.

>By: __/s Brian K. McMahon_____
>        Brian K. McMahon
>        Florida Bar No. 853704

## SERVICE LIST

Kenneth S. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 North Federal Hwy.
Suite 203, Squires Building
Boca Raton, FL 33432
561.368.2200 Telephone
ATTORNEY FOR TRUSTEE

3