UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: JILL TACIK                                   CASE NO.: 19-14871-EPK
                                                    CHAPTER 13

*DEBTOR*
_____/

JILL TACIK

*Plaintiff*

Vs

6322 SEVEN SPRINGS TRUST C and              ADV NO: 19-01156-EPK
NERMINE HANNA

*Defendant*
_____/

**CERTIFICATE OF SERVICE**
and
**CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 9073-1(D)**

**I HEREBY CERTIFY** that a true Order Granting Agreed Motion To (I) Reset Deadline for Response to Motion for Summary Judgment and (II) Continue Hearing On: ([63] Renewed Motion for Summary Judgment). Hearing scheduled for 08/11/2020 at 01:00 PM by TELEPHONE through CourtSolutions   [CP #69] was served electronically on July 24, 2020,

**CM/ECF**

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov
 Jordan L Rappaport, Esq on behalf of Defendant 6322 Seven Springs Trust C
office@rorlawfirm.com, 1678370420@filings.docketbird.com
Jordan L Rappaport, Esq on behalf of Defendant Nermine Hanna
office@rorlawfirm.com, 1678370420@filings.docketbird.com

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

Submitted by,

BRIAN K. MCMAHON PA
1401 Forum Way 6th Floor
West Palm Beach, FL. 33401
(561) 478-2500 Telephone
561) 478-3111 Facsimile
Email: briankmcmahon@gmail.com

By: */s/ Brian K. McMahon, Esq.*
FBN: 853704