

**ORDERED in the Southern District of Florida on November 20, 2020.**

                                        **Erik P. Kimball, Judge**
                                        **United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | **Case No. 19-14871-EPK** |
| **JILL ANNE TACIK,** | **Chapter 13** |
|     Debtor. | |
| _____/ | |
| **JILL ANNE TACIK** | |
|     Plaintiff, | |
| v. | **Adv. Proc. No. 19-01156-EPK** |
| **6322 SEVEN SPRINGS TRUST C and NERMINE HANNA,** | |
|     Defendants. | |
| _____/ | |

### ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF THE PLAINTIFF AS TO COUNT I OF THE SECOND AMENDED COMPLAINT

This matter came before the Court for hearing on November 19, 2020 upon the *Plaintiff's Renewed Motion for Summary Judgment Against Defendants as to Count I of the Second Amended Complaint* [ECF No. 63] filed by Jill Anne Tacik (the "Plaintiff"). For the

reasons stated on the record at the hearing, the Court hereby ORDERS and ADJUDGES that the *Plaintiff's Renewed Motion for Summary Judgment Against Defendants as to Count I of the Second Amended Complaint* [ECF No. 63] is GRANTED.

###

Copies to:

Brian K. McMahon, Esq.

*Brian K. McMahon, Esq. shall serve a copy of this order on all parties in interest and file a certificate of service with the Clerk of Court.*