UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

JILL TACIK,  CASE NO. 19-14871-EPK
 CHAPTER 13
    Debtor.
_____/

JILL TACIK,

    Plaintiff,  ADV NO. 19-01156-EPK

vs.

6322 SEVEN SPRINGS TRUST C and
NERMINE HANNA,

    Defendants.
_____/

## AGREED MOTION TO DISMISS ADVERSARY PROCEEDING

COMES NOW the Plaintiff, Jill Tacik, by and through undersigned counsel, files this Agreed Motion to Dismiss this Adversary Proceeding pursuant to F.R.Bank.P. 7041, and states:

1. The parties have reached an agreement to the dismissal of this adversary proceeding.

2. In exchange for the dismissal, the Defendant shall execute and deliver a quit claim deed to the Plaintiff conveying to Plaintiff the property located at 6322 Seven Spring Blvd, Apt C., Greenacres, FL (the "Property").

3. Further, the Defendant shall withdraw its objection to the Plaintiff's chapter 13 plan confirmation; withdraw claim #7; and amend claim #6 to the amount of $1,216.00.

4. The Court shall retain jurisdiction only to enforce the terms set forth herein.

WHEREFORE the Plaintiff respectfully requests that the Court dismiss this case and

retain jurisdiction to enforce the terms set forth herein.

        BRIAN K. MCMAHON, P.A.
        1401 Forum Way, 6th Floor
        West Palm Beach, FL 33401
        Tel (561)478-2500
        Fax (561)478-3111

        <u>s/ Brian K. McMahon</u>
        Brian K. McMahon
        FL Bar No. 853704