

**ORDERED in the Southern District of Florida on December 11, 2020.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

JILL ANNE TACIK,                                    CASE NO. 19-14871-EPK
                                                    CHAPTER 13
       Debtor.
_____/

JILL ANNE TACIK,

       Plaintiff,                                ADV NO. 19-01156-EPK
vs.

6322 SEVEN SPRINGS TRUST C and
NERMINE HANNA,

       Defendants.
_____/

## ORDER DIMISSING ADVERSARY PROCEEDING

THIS MATTER came before the Court for consideration of the Agreed Motion to Dismiss Adversary Proceeding [ECF#89].  The Court, having reviewed the motion and being fully advised of its premises, grants the motion.  Accordingly, it is

ORDERED that the Motion to Dismiss Adversary Proceeding is granted.

###

Submitted by:

Brian K. McMahon, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111
briankmcmahon@gmail.com

Attorney McMahon shall provide a copy of this order to all interested parties and file a certificate of service.